**Derrick R. COOMBS, Appellant,**

v.

**Michelle GWINN, State Attorney General Civil Rights Enforcement Division, PA. State Police, Donald Kelchner & Jeffrey Beard, Secretary Off Corrections, as Custodians, Appellees.**

Supreme Court of Pennsylvania.

July 30, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 30th July, 2004, probable jurisdiction is noted and the order appealed is affirmed.

■

**Richard WOJTCZAK, Appellant,**

v.

**COMMONWEALTH of PA., PA. DEPT. OF CORRECTIONS, Secretary Jeffrey A. Beard, Ph. D, Fredric A. Rosemeyer, Superintendent, State Correctional Institution at Laurel Highlands, Ms. Rhonda Stairs, Supervisor of Records, State Correctional Institution at Laurel Highlands, Appellees.**

Supreme Court of Pennsylvania.

July 30, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 30th day of July, 2004, probable jurisdiction is noted and the order appealed is affirmed.